DC/New Haven
00-CV-2036
Hon. Dorsey

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 7th day of September, two thousand and four.

Before:    Hon. Jon O. Newman,
           Hon. Sonia Sotomayor,
           Hon. Richard C. Wesley,
               *Circuit Judges*

Docket No. 02-9274

N.G. and S.G., as parents and next friends of S.C., a minor child, ET AL.,

                    Plaintiffs-Appellants,
    v.

STATE OF CONNECTICUT,

                    Defendants-Appellees.

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and it hereby is VACATED and REMANDED for further proceedings in accordance with the opinion of this Court.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by

Arthur M. Heller
Motions Staff Attorney

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

ISSUED AS MANDATE: SEP 3 0 2004