UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 OCT 27 P 4: 11

U.S. DISTRICT COURT
NEW HAVEN, CT

N.G., et al.,
        Plaintiffs,

v.

STATE OF CONNECTICUT, et al.,
        Defendants.

Civ. No. 3:00cv2036(PCD)

ORDER FOR SUPPLEMENTAL BRIEFING

On September 20, 2002, this Court entered judgment for Defendants Leonard Barbieri, Jane Roe, William Carbone, Thomas F. White, CSI Connecticut Inc, Richard Luchansky. On September 30, 2004, the United States Court of Appeals for the Second Circuit ordered that the judgment of this Court be vacated and remanded for further proceedings in accordance with its opinion.

The parties shall submit to this Court, on or before November 10, 2004, briefs: (1) addressing what relief, if any, is warranted as a result of the Court of Appeals' ruling that the second, third, and fifth searches of S.C. and the second search of T.W. were unlawful; (2) supplementing the record so that this Court may make findings as to the existence of reasonable suspicion with regard to the sixth and seventh searches of S.C., concerning a missing pencil; and (3) addressing what relief, if any, would be warranted if this Court finds that there was no reasonable suspicion with regard to the sixth and seventh searches of S.C.

SO ORDERED.

Dated at New Haven, Connecticut, October 26, 2004.

                                                   Peter C. Dorsey
                                            United States District Judge