UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| N.G. | : | CIVIL NO. 3:00CV2036 (PCD) |
| V. | : | |
| STATE OF CONNECTICUT | : | NOVEMBER 8, 2004 |

## **APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter our appearance as counsel for the defendants, in the above-captioned case. This appearance is filed to correct the docket sheet, which erroneously reflects that the undersigned counsel were "terminated" from this matter on April 3, 2002.

Dated at Hartford, Connecticut, this 8th day of November, 2004.

DEFENDANTS:
State of Connecticut. Et al.,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:_____/s/_____
    Terrence M. O'Neill
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Tel:  (860) 808-5450
    E-Mail:  terrence.oneill@po.state.ct.us
    Federal Bar #ct10835

BY:_____/s/_____
    Steven R. Strom
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Tel:  (860) 808-5450
    E-Mail:  steven.strom@po.state.ct.us
    Federal Bar #ct01211

**<u>CERTIFICATION</u>**

    I hereby certify that a copy of the foregoing was mailed to the following on this 8th day of November, 2004:

    Anthony Wallace, Esq.
    Wallace & O'Neill
    500 Central Avenue
    New Haven, CT  06515

_____/s/_____
Terrence M. O'Neill
Assistant Attorney General