UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

N.G.                                          :     CIVIL NO. 3:00CV2036 (PCD)

     V.                                      :

STATE OF CONNECTICUT               :     NOVEMBER 8, 2004

**MOTION FOR ENLARGEMENT OF TIME**

The defendants, State of Connecticut, et al., move for an enlargement of time of 21 days, to and including December 1, 2004, in which to comply with the court's October 27th order requiring the parties to submit briefs on certain issues remanded by the Court of Appeals for consideration.  In support of this motion, counsel for the defendants represent that they did not receive the court's order since they were erroneously "terminated" from the record in this case. The undersigned only learned of the court's order today during the course of a telephone conversation with plaintiff's counsel.

This is the defendants' first motion for an enlargement of time to file a brief on the issues remanded by the Second Circuit.  The undersigned contacted Attorney Anthony Wallace, counsel for the plaintiff, who consents to the granting of this motion.

DEFENDANTS:
State of Connecticut, Et Al.,

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____/s/_____
Terrence M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel:  (860) 808-5450
E-Mail:  terrence.oneill@po.state.ct.us
Federal Bar #ct10835


## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 8th day

of November, 2004:

Anthony Wallace, Esq.
Wallace & O'Neill
500 Central Avenue
New Haven, CT 06515




_____/s/_____
Terrence M. O'Neill
Assistant Attorney General