# United States District Court
# District of Connecticut

N.G.
    *Plaintiff*

    v.                        Case No.  3:02 cv 2036 (PCD)

State of Connecticut, et al
    *Defendant*

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Joan G. Margolis for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

\_\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

\_\_\_\_ A ruling on the following motions which are currently pending: (orefm.)
Doc#

__X__ A settlement conference (orefmisc./cnf.)

\_\_\_\_ A conference to discuss the following: (orefmisc./cnf.)

\_\_\_\_ Other: (orefmisc./misc)

SO ORDERED this __10th__ day of __November__, __2004__ at New Haven, Connecticut.

/s/
Peter C. Dorsey, Senior
United States District Judge