UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| N.G., ET AL., | : | CIVIL NO. 3:00CV2036 (PCD) |
| | : | 3:01CV1172 (PCD) |
| v. | : | |
| STATE OF CONNECTICUT, ET AL., | : | APRIL 9, 2005 |

**STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties hereby stipulate to the dismissal of this action, with prejudice and without an award of costs to either party.

DEFENDANTS:
State of Connecticut, Et Al.

PLAINTIFF:
S.G., and B.W. as Parent and Next
Friend of T.W, Et Al.,

_____
Terrence M. O'Neill
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct 10835
Tel: (860) 808-5450

_____
Anthony Wallace, Esq.
Wallace &O'Neill
500 Central Avenue
New Haven, CT 06515
Federal Bar No. 08881
Tel. (203) 389-9998

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 13th day of April, 2005:

Terrence M. O'Neill
Assistant Attorney General
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105

_____
Anthony Wallace, Esq.